ACCEPTED
05-14-01394-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/5/2015 10:56:01 AM
LISA MATZ
CLERK

NO. 05-14-01394-CV
IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/5/2015 10:56:01 AM
LISA MATZ
Clerk

_____

SUNNY LETOT,

Appellant

V.

UNITED SERVICES AUTOMOBILE ASSOCIATION,

Appellee

_____

Appeal from the 1 92th Judicial District Court of Dallas County, Texas
Trial Court Cause No. 13-00156-B

_____

APPELLANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE BRIEF

_____

TO THE HONORABLE COURT OF APPEALS:

Appellant Sunny Letot ("Appellant") files this Unopposed Motion for Extension of Time to File Brief (the "Motion"), and in support thereof, would show as follows:

**I.      DUE DATE**

1.      Appellant's brief is currently due today, March 5, 2015.

2.      Appellant seeks an additional seven (7) days to file its Brief until Thursday, March 12, 2015.

## II.   REASON FOR EXTENSION OF TIME

3.    Appellant's requested extension is necessary because of the inclement weather conditions in the Dallas metroplex, resulting in the closing of counsel for Appellant's offices.  In addition, Appellant's counsel has been actively been engaged in other previously-scheduled matters that have prevented the timely completion of Appellant's Brief.

4.    These and other professional commitments have prevented the timely completion of Appellant's Brief, necessitating the requested extension of seven (7) days to file Appellant's Brief.

5.    This is Appellant's first request for a seven-day extension and the request is unopposed.

## III.   EXTENSION SOUGHT IN THE INTEREST OF JUSTICE

6.    Appellant's Motion is not brought to cause undue delay but for good cause and so that justice may be done.

## IV.   APPELLEE DOES NOT OPPOSE THIS MOTION

7.    On March 5, 2015, counsel for Appellant conferred with counsel for Appellee regarding the contents of this Motion, and counsel for Appellee stated that he does not oppose this Motion.

## V.  PRAYER FOR EXTENSION

For the reasons stated above, Appellant Sunny Letot respectfully requests that this Unopposed Motion for Extension of Time to File Brief be granted, and that the deadline to file Appellant's Brief be extended by seven (7) days until Thursday, March 12, 2015.  Appellant further requests all such other relief to which she may be justly entitled.

Date:  March 5, 2015                              Respectfully submitted,


                                                  */s/Jeffrey M. Tillotson*
                                                  Jeffrey M. Tillotson
                                                  Texas Bar No. 20039200
                                                  jmt@lynnllp.com
                                                  LYNN TILLOTSON PINKER & COX, LLP
                                                  2100 Ross Avenue
                                                  Suite 2700
                                                  Dallas, Texas  75201
                                                  (214) 981-3800
                                                  (214) 981-3838 Facsimile

                                                  ATTORNEYS FOR APPELLANT

### CERTIFICATE OF CONFERENCE

On March 5, 2015, I contacted Robert Owen, counsel for Appellee, regarding the contents of this Motion, and Mr. Owen stated that he does not oppose this Motion.

                                                  */s/Jeffrey M. Tillotson*
                                                  Jeffrey M. Tillotson

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF was served upon the following counsel for the parties in accordance with the Texas Rules of Appellate Procedure on March 5, 2015.

Robert T. Owen
Texas Bar No. 24060370
owen@rndjwlaw. corn
Levon G. Hovnatanian
Texas Bar No. 10059825
hovnatanian@mdjwlaw.com
MARTIN, DIsIERE, JEFFERSON & WISDOM L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 — Telephone
(713) 222-0101 — Facsimile

*/s/Jeffrey M. Tillotson*
Jeffrey M. Tillotson